WILLS VALLEY COAL AND IRON COMPANY *v.* LUMPKIN *et al.*

BECK, J. In several of the extracts from the charge to the jury, which were criticised in the motion for a new trial, there are palpable inaccuracies; but the instructions which the court gave upon the controlling issues in the case were substantially correct; and there being evi-

dence to support the verdict, this court will not interfere with the judgment of the court below refusing a new trial. ·

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
                    MARCH 13, 1917.

Equitable petition. Before Judge Fite. Dade superior court. July 24, 1916.

*Payne & Hale,* for plaintiff in error.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
                    MARCH 13, 1917.